IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LATHA FRAZIER                                                                                        PLAINTIFF

V.                                    CASE NO. 2:14-cv-00051-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                              DEFENDANT

# JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 30th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE